DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ISAIAH JOEL DUPREE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1140

_____

April 8, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Isaiah Joel Dupree, pro se.

PER CURIAM.

 Affirmed.

LaROSE, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.